AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br><br>Oliver De La Rosa<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.   21-1130 (M) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Oliver De La Rosa

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

   21 U.S.C. Sections 841(a)(1), (b)(1)(A)(ii)(II), and 846: Conspiracy to Possess with Intent to Distribute Five (5) Kilograms or More of Cocaine.

Date:  9/13/2021                                                                           Digitally signed by
                                                                                    Hon. Bruce J.
                                                                                    McGiverin
                                                                          *Issuing officer's signature*

City and state:    San Juan, Puerto Rico                          Bruce J. McGiverin, U.S. Magistrate Judge
                                                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ .<br><br>Date: _____                                        _____<br>                                                                    *Arresting officer's signature*<br><br>                                                                    _____<br>                                                                    *Printed name and title* |